FRANK v. UNITED STATES. (Circuit Court of Appeals, Second Circuit. December 20, 1906.) No. 81 (3,754). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see (C. C.) 143 Fed. 702, affirming a decision of the Board of United States General Appraisers (G. A. 5,854; T. D. 25,779). Curie, Smith & Maxwell (W. Wickham Smith, of counsel), for importers. D. Frank Lloyd, Asst. U. S. Atty. Before WALLACE, LACOMBE, and TOWNSEND, Circuit Judges.

PER CURIAM. Affirmed on opinions of Board of General Appraisers and Circuit Court.

---

JUNG YUEN v. UNITED STATES. (Circuit Court of Appeals, Sixth Circuit. October 13, 1906.) No. 1,534. Appeal from the District Court of the United States for the Northern District of Ohio. F. R. Marvin, for appellant. John J. Sullivan, for the United States.

PER CURIAM. In this cause only a question of fact is controverted, which is whether this appellant was a "laborer" before the passage of the acts of 1892 and 1893 relating to the deportation of Chinese persons illegally in this country, within the intent and meaning of those acts. Differing from the conclusion of the district judge, we think it sufficiently proven that he was a resident of the United States before that time and was not then a "laborer." The order of deportation is reversed, with directions to discharge the respondent, who is the appellant here.

---

ISLER & GUYE v. UNITED STATES. (Circuit Court, S. D. New York. July 11, 1906.) No. 4,134. On Application for Review of a Decision of the Board of United States General Appraisers. Walden & Webster (Howard T. Walden, of counsel), for importers. D. Frank Lloyd, Asst. U. S. Atty.

WHEELER, District Judge. These braids of chip and silk were in part assessed as silk chief value, as shown by the decision of the Board. The testimony taken in this court shows as to those goods chip chief value, and that the assessment as to them is erroneous. Decision reversed.